# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| TDC SPECIALTY UNDERWRITERS, INC, | ) ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO.3:19-CV-619-CHB |
| | ) |
| MASONIC HOMES OF KENTUCKY, INC. | ) ) |
| **Defendant** | |

\*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*

## MOTION TO DISMISS

Comes Masonic Homes of Kentucky, Inc. comes, by counsel, and moves this Court to dismiss Plaintiff TDC Specialty Underwriter Inc.'s Complaint without prejudice for TDC Specialty Underwriter Inc. (hereinafter TDC) to refile the same or a similar Complaint in the Courts of the Commonwealth of Kentucky.

Respectfully submitted,

/s/ Wm. Clifton Travis
Wm. Clifton Travis
Jessica M. Stemple
TRAVIS HERBERT & STEMPIEN, PLLC
Jefferson Marders Building
11507 Main Street
Middletown Historic District
Louisville, KY 40243
(502) 245-7474
ctravis@thattorneys.com
jstemple@thattorneys.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

  I hereby certify that on October 31, 2019, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to the following counsel of record:

| | |
|---|---|
| Beth McMasters | Mary E. Borja |
| McMasters Keith Butler, Inc. | Wiley Rein LLC |
| 730 W. Main Street, Suite 500 | 1776 K Street NW |
| Louisville, KY 40202 | Washington, DC 20006 |

            /s/ Wm. Clifton Travis
            Wm. Clifton Travis
            Jessica M. Stemple