UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| TDC SPECIALTY INSURANCE COMPANY, | ) ) ) | Civil Action No. 3:19-CV-619-CHB |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **JUDGMENT** |
| MASONIC HOMES OF KENTUCKY, INC., | ) ) ) | |
| Defendant. | | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Order [R. 12] entered with this Judgment,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Complaint is dismissed without prejudice.

2. The Clerk is directed to close the case.

3. This is a **FINAL** and **APPEALABLE JUDGMENT**, and there is no just cause for delay.

This the 4th day of August, 2020.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY